IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

      Plaintiff,                    No. CIV S-05-1063 DFL PAN P

      vs.

ROGEL, et al.,

      Defendants.           ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On March 17, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  On April 20, 2006, plaintiff filed untimely objections to the findings and recommendations, and on June 20, 2006, plaintiff filed a request for leave to cure the deficiencies that the magistrate judge found in the original, first and second amended complaints filed by plaintiff.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case, including plaintiff's objections and

1  his June 20, 2006 request.  Having carefully reviewed the entire file, the court finds the findings
2  and recommendations to be supported by the record and by proper analysis.  For the reasons set
3  forth in the magistrate judge's findings and recommendations, plaintiff has failed to state a claim
4  upon which relief may be granted, and the deficiencies in the three pleadings filed by plaintiff
5  could not be cured by amendment.
6         Accordingly, IT IS HEREBY ORDERED that:
7         1.  The findings and recommendations filed March 17, 2006, are adopted in full;
8  and
9         2.  This action is dismissed for failure to state a claim upon which relief may be
10 granted.  See 28 U.S.C. § 1915A.
11 DATED:  8/25/2006

                                                _____
                                                DAVID F. LEVI
                                                United States District Judge