1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARLOS HENDON,

11              Plaintiff,            No. CIV S-05-1063 DFL PAN P

12       vs.

13   ROGEL, et al.,

14              Defendants.           ORDER

15   _____/

16       On January 8, 2007, plaintiff filed a document styled "Motion for Sequential Fee

17   Collection."  This civil rights action was closed on August 28, 2006.  Plaintiff is informed that

18   documents filed since the closing date will be disregarded and no orders will issue in response to

19   future filings.

20   DATED:  March 12, 2007.

21

22                    _____
                      EDMUND F. BRENNAN
23                    UNITED STATES MAGISTRATE JUDGE

24
25
26